MAUD C. GRAY et al., Appellants, *v.* ISLAY V. H. GILL, Individually and as Executor of HARRY C. GRAY, Deceased, et al., Respondents.

(Argued November 26, 1928; decided December 31, 1928.)

*James A. Leary* for appellant.

*Joseph A. Kellogg* for executor and trustee of Harry C. Gray, deceased, respondent.

*Daniel F. Imrie* for Adirondack Power and Light Corporation et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not voting: KELLOGG, J.